UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NESS-LEE VACHNINE, on behalf of himself
and all others similarly situated,

                        Plaintiff,                                23-CV-5277 (VSB)

                    -against-                                **ORDER**

CARPET CULTURE & RUGS INC.,

                        Defendant.
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff is directed to file proof of service on the docket.

SO ORDERED.

Dated:   July 19, 2023
             New York, New York

                                                      _____
                                                        Vernon S. Broderick
                                                      United States District Judge